COMMERCIAL CREDIT COMPANY, Respondent, v. LILLIAN ROSENFIELD and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD T. KAMBER, Trading under the Name and Style of KAMBER SYSTEM CLOTHES, Respondent, v. JOHN C. PAIGE & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for bill of particulars granted as follows: Where the demand requires statement " in detail of each representation made," defendant will be required only to state the substance of the representations. The second paragraph of the demand will not be allowed. Where the demand requires statement of " precisely each term " of undertaking, promise or agreement, only the substance will be required. Where the demand calls for " the precise terms in which the representations were made," only the substance will be required. Where the demand calls for " each act of commission or omission " claimed to constitute negligence, and " each duty," only the substance of the claim of negligence will be allowed. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD T. KAMBER, Trading, etc., Respondent, v. JOHN C. PAIGE & Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements to the appellant, and the motion to vacate notice for examination granted, with leave to plaintiff to renew his notice after service of bill of particulars. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HERKINS & Co., INC., a Domestic Corporation, Respondent, v. EDWARD L. SMALLWOOD and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT W. GREENBERG, Appellant, v. AURUM CONSTRUCTION Co., INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAY VIR DEN, Respondent, v. ADRIAN C. WYNKOOP, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

REGINE J. ELZAS, Respondent, v. LAWRENCE L. ELZAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EDWARD E. DESSAR v. MORSE D. LEVITT.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.